IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00322-KDB-SCR

| | |
|---|---|
| TYRICKA LASHANDA SIMPSON,<br><br>**Plaintiff,**<br><br>v.<br><br>ADAM MCCOY<br>ADAM MCCOY'S HAULING AND GRADING, INC.<br>AMANDA MCCOY,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Reconsideration to re-enter a Motion for Summary Judgment (Doc. No. 68). The Court has carefully considered this motion and the parties' briefs, with due regard for the fact that Plaintiff is appearing pro se. For the reasons stated in Defendant's Response in Opposition (Doc. No. 69), the Court will **DENY** the motion.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: October 21, 2024

Kenneth D. Bell
United States District Judge