IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00322-KDB-SCR

| | |
|---|---|
| TYRICKA LASHANDA SIMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAM MCCOY'S HAULING AND GRADING, INC.,<br><br>    Defendant. | **ORDER** |

**THIS MATTER** is before the Court *sua sponte*. In light of the Court's ruling that this case will proceed past Defendant's summary judgment motion to trial, (Doc. No. 79), and the absence of a report of mediation from the parties, the Court finds it would be in the best interest of all concerned to set a new deadline for mediation prior to trial, and further, to give Plaintiff the opportunity to again participate in the PSAP program during the parties' mediation. (*See* Doc. No. 37). Thus, the Court will order PSAP forms to be sent to Plaintiff, and upon her consent to the program, counsel to be assigned to participate in the upcoming mediation. The mediation deadline will be set for February 5, 2025.

    **NOW THEREFORE IT IS ORDERED THAT:**

1. PSAP forms be sent to Plaintiff;

2. The Parties shall hold a mediation on or before February 5, 2025; and

3. This case shall **proceed to trial on the merits on the remaining claims** in the absence of a voluntary resolution of the dispute among the parties.

    **SO ORDERED ADJUDGED AND DECREED**.

1

Signed: December 3, 2024

Kenneth D. Bell
United States District Judge