Hand-Delivered

FILED
CHARLOTTE, NC

APR 25 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:23-cv-00322

| | |
|---|---|
| TYRICKA LASHANDA SIMPSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JOINT STIPULATION OF DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| ADAM MCCOY'S HAULING AND ) | |
| GRADING INC. ) | |
| Defendants. ) | |

COME NOW Plaintiff Tyricka L. Simpson Pro Se and Defendant Adam McCoy Hauling and Grading, Inc, by and through their undersigned counsel, and being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted, this 25th, day of April 2025.

/s/ Tyricka L. Simpson
Tyricka L. Simpson
802 Blu Central Road
Pineville, NC 28134
tyrickasimpson@hotmail.com
704-351-4737
*Pro Se Plaintiff*

JOHNSTON, ALLISON & HORD, P.A.

/s/ David E. Stevens
David E. Stevens, NC State Bar #54706
dstevens@jahlaw.com
Alexandra P. Nibert, NC State Bar #58295
anibert@jahlaw.com
1065 East Morehead Street
Charlotte, NC 28204
Telephone: (704) 332-1181
Facsimile: (704) 376-1628
*Attorneys for Defendant*